PROGRESSIVE FOUNDRY WORKS, INC., Respondent, *v.* JOSEPH AMDOURSKY, Appellant, and CITY OF ROCHESTER, Respondent.

(Argued April 3, 1930; decided May 6, 1930.)

*Ira H. Morris* and *Charles E. Bostwick* for appellant.

*Henry L. Crittenden* for plaintiff-respondent.

*Clarence M. Platt, Corporation Counsel,* for defendant-respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.